CALENDAR AND SETTLEMENT CONFERENCE ORDER

A settlement conference with the undersigned has been scheduled in this case for **June 23, 2020** via Zoom teleconference. The parties should plan for the conference to continue through the remainder of the day.

I.   PARTIES WITH FULL AUTHORITY MUST ATTEND.  The parties are hereby ORDERED to be present for the conference.  If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case shall be present at the conference.  The court will not hold a settlement conference without all parties present.

II.   DISCOVERY.  Prior to the settlement conference, the parties should have completed the discovery counsel deem necessary for a productive settlement conference, including initial disclosures required by Fed. R. Civ. P. 26(a)(1).

III.   EXCHANGE OF OFFERS AND DEMANDS.  Settlement conferences are often unproductive unless the parties have exchanged offers and demands before the conference and made a serious effort to settle the case on their own.  The parties are encouraged to commence negotiations prior to the settlement conference.

IV.   CONFERENCE MEMORANDA.  Not later than 7 days prior to the conference, counsel shall email *ex parte*, confidential

conference memoranda to Judge Martinez.  Memoranda shall be double spaced in no less than 12 point font and shall not exceed 12 pages. The following topics shall be included: (A) a list of the claims and defenses; (B) the legal elements of the claims and defenses; (C) the evidence in support of the claims and defenses; (D) a damages analysis, including an indication of areas of disagreement[1] among the parties, if any; (E) a discussion of the strengths and weaknesses of the case; (F) the status of the case, including the discovery remaining and substantive motions filed or contemplated; (G) a summary of insurance coverage, including whether the terms of the policy exclude any parties or claims; (H) a summary of any outstanding liens, including the lien amount, the lienholder, and any expected compromises of the lien; (I) settlement negotiations to date; (J) a discussion of the parties' incentives and impediments to settlement; and (K) a list of all those who will participate in the conference, including job titles if pertinent to the case.  Short exhibits may be appended to the ex parte memorandum with the court's permission.  Prior to submission of *ex parte* memoranda, counsel shall disclose to opposing counsel a list of all those who will be attending the conference.

---

[1] Counsel shall confer regarding the damages analysis to eliminate disagreements, particularly in areas that lend themselves to arithmetic computation (e.g., back pay, medical expenses).

V. <u>DUE DATES REMAIN IN PLACE</u>. Counsel are reminded that the scheduling of a settlement conference does not affect existing deadlines.

SO ORDERED this 11th day of June, 2020 at Hartford, Connecticut.

\_\_\_\_\_/s/_____
Donna F. Martinez
United States Magistrate Judge